PROB 12C
(7/93)

Report Date: March 11, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 2 4 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Guillermo Campos-Olvera          Case Number: 2:06CR06029-001

Address of Offender: Incarcerated at the Yakima County Jail

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 02/14/2007

| | | | |
|---|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 | | |
| Original Sentence: | Prison - 46 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Gregory M. Shogren | Date Supervision Commenced: | 11/19/2009 |
| Defense Attorney: | Timothy D. Cotterell | Date Supervision Expires: | 11/18/2012 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.<br><br>**Supporting Evidence**: The defendant illegally reentered the United States without permission on or about January 6, 2010, as noted in violation #2.<br><br>Information received from the U.S. Immigration and Customs Enforcement, indicates the defendant was deported to Mexico, on November 19, 2009, at Harlingen, Texas, and has not obtained legal permission to reenter the United States. |
| 2 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On February 9, 2010, an indictment was filed with the U.S. District Court in the Eastern District of Washington, charging the defendant with Alien in United States After Deportation, in violation of 8 U.S.C. § 1326, docket number 2:10CR06011-001. |

Prob12C
Re: Campos-Olvera, Guillermo
March 11, 2010
Page 2

On March 1, 2010, the defendant made an initial appearance before the Court, on the above charge at which time he was detained pending further action by the Court.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   3/11/2010

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
FVS [X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

March 23, 2010
Date